

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

GEORGIA M. PESTANA
*Corporation Counsel*

ANDREA O'CONNOR
Assistant Corporation Counsel
phone: (212) 356-4015
e-mail: aoconnor@law.nyc.gov

November 29, 2021

**By ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: Garland, et al. v. New York City Fire Department, et al.
         Docket No. 21 Civ. 6586 (KAM)(CP)

Dear Judge Matsumoto:

    I am an Assistant Corporation Counsel in the Office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for Defendants New York City Fire Department and Daniel Nigro (collectively "FDNY Defendants") in the above-referenced action. Pursuant to the Court's November 24, 2021 Order, I write today to advise the Court that FDNY Defendants will not present witness testimony at the hearing on November 30, 2021 in connection with plaintiffs' motion for a preliminary injunction.

    Respectfully Submitted,

    /s/
    Andrea O'Connor
    Assistant Corporation Counsel

cc:     Counsel of Record (by ECF)