# THE SCHER LAW FIRM, LLP

ONE OLD COUNTRY ROAD, SUITE 385
CARLE PLACE, NY 11514

MARTIN H. SCHER*
JONATHAN L. SCHER**

AUSTIN R. GRAFF*

* Also Admitted in District of Columbia
' Also Admitted in New Jersey

TEL: 516-746-5040

FAX: 516-746-5043

November 29, 2021

W. SCOTT KERSHAW
COUNSEL

MICHAEL SCHILLINGER
COUNSEL

ROLAND P. BRINT
COUNSEL

ADAM GANG
COUNSEL

ROBERT S. NAYBERG
(1959-2012)

**By ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   Garland, *et al.*, v. New York City Fire Department, *et al.*
      Docket No. 21-CV-06586-KAM-CLP

Dear Judge Matsumoto:

This law firm represents all of the Plaintiffs, in the above-referenced Action.

Pursuant to the Court's November 24, 2021 Order, please be advised that the Plaintiffs will not present witness testimony at the hearing on November 30, 2021, in connection with the Order to Show Cause.

Very truly yours,

THE SCHER LAW FIRM, LLP

Austin Graff

cc: Counsel of Record (by ECF)