# EXHIBIT E

E

At IAS Part 23 of the Supreme
Court of the State of New York
held in and for the County of New
York at the Courthouse located at
80 Centre Street, New York, New
York on the 1st day of ~~October~~, November
2021

PRESENT: Hon. W. FRANC PERRY , JSC

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
---------------------------------------------------------- X
In the Matter of the Application of

ANDREW ANSBRO, as President of the Uniformed
Firefighters Association, (UFA)

                       Petitioner,

For a Judgment Pursuant to Article 78 of the New York
Civil Practice Law and Rules,

   -against-

Bill de Blasio, as Mayor of the City of New York; The
City of New York; The New York City Department of
Health and Mental Hygiene; and the Fire Department of
the City of New York,

                       Respondents.
---------------------------------------------------------- X

Index No. 159738/2021

**ORDER TO SHOW CAUSE
WITH TEMPORARY
RESTRAINING ORDER**

Upon review of the annexed Verified Petition, verified on the 28th day of October 2021, and the exhibits annexed thereto, the Affirmation of Michael N. Block, dated October 28, 2021 and the exhibits annexed thereto, and the Memorandum of Law in Support of the Verified Petition and Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction, dated October 28, 2021, and upon all pleadings and proceedings heretofore had herein, ~~it is hereby:~~

~~ORDERED that~~ LET the Respondents, Bill de Blasio, as Mayor of the City of New York, The City of New York, The New York City Department of Health and Mental Hygiene and the Fire Department of the City of New York, or Counsel show cause before this Court either virtually, or at the Supreme Court Courthouse in the County of New York, ~~60~~ 80 Centre Street, New York, NY, in IAS Part 23 as assigned by the Court and per the Court's instructions, on November 23, 2021 at ~~9:30~~ 10 am a.m. or as soon thereafter as counsel may be heard, why an Order should not be made and entered:

1. Granting Petitioner, Andrew Ansbro, in his capacity as President of the Uniformed Firefighters Association a preliminary injunction, pending the hearing and determination of this proceeding, enjoining and restraining Respondents and all persons acting on their behalf who are in concert with them, in any manner or by any means from implementing and enforcing the vaccine mandate set forth in the "Order of the Commissioner of Health and Mental Hygiene to Require COVID-19 Vaccination for City Employees and Certain City Contractors," dated October 20, 2021, as against UFA members;

2. Declaring that, as applied to UFA members the vaccine mandate violates State and City law and is arbitrary and capricious and an abuse of discretion;

3. Vacating the vaccine mandate as applied to UFA members as contrary to law, arbitrary and capricious and an abuse of discretion;

4. Awarding Petitioner costs and attorneys' fees; and

5. Granting such other and further relief so as this Court seems just and proper; and

2

After a Virtual Hearing on November 1, 2021, TRO Denied.

IT IS FURTHER ORDERED that pending the hearing ~~and determination~~ of this application, Respondents and all persons acting on their behalf or in concert with them are temporarily enjoined and restraining from implementing or enforcing the vaccinate mandate as against UFA members; and

IT IS FURTHER ORDERED that delivery of a copy of this Order to Show Cause and Temporary Restraining Order and the papers upon which it is based to Respondents by personal service on the New York City Law Department, on or before 11/5, 2021, shall be deemed good and sufficient service; and

IT IS FURTHER ORDERED, that Respondents answering papers, if any, shall be electronically filed on or before 11/17, 2021 and;

IT IS FURTHER ORDERED, that leave is hereby granted to Petitioner to submit upon the return date of this Order to Show Cause, and any subsequent day that shall be determined by the Court on said return date, such additional evidence, exhibits, legal memoranda or other proof as may be appropriate.

~~Signed this_____day of_____, 2021, at New York, New York.~~

ENTER:

_____
J.S.C.

Oral Argument Directed
_____
JSC