# EXHIBIT H

LAW OFFICES OF
# GREENBERG BURZICHELLI GREENBERG P.C.

HARRY GREENBERG
ROBERT J. BURZICHELLI *
SETH H. GREENBERG *

DANIEL DOESCHNER
SANDY JAINAUTH-BARONE *

*ALSO ADMITTED IN NEW JERSEY

3000 MARCUS AVENUE, SUITE 1W7
LAKE SUCCESS, NEW YORK 11042
PHONE: 516-570-4343
FAX: 516-570-4348
* * * * *
225 BROADWAY, SUITE 1515
NEW YORK, NEW YORK 10007
PHONE: 516-570-4343

WWW.GBGLAWOFFICE.COM
E-MAIL: FIRST INITIAL AND
LAST NAME@GBGLAWOFFICE.COM

November 18, 2021

**VIA EMAIL & FIRST-CLASS MAIL**
Steven E. Star
Deputy Chair & General Counsel
NYC Office of Collective Bargaining
100 Gold Street, 4th Floor
New York, NY 10038
sstar@ocb.nyc.gov

Re: **Request for the UFOA to Intervene in the Verified Scope of Bargaining and Improper Practice Petition filed by the UFA Docketed BCB-4461-21**

Dear Mr. Star:

I write on behalf of the Uniformed Fire Officers Association ("UFOA") seeking to intervene in the above-mentioned matter filed by the Uniformed Firefighters Association ("UFA"), docketed BCB-4461-21. OCB Rules Section 1-12 k. Please be informed that I obtained the City of New York's consent to intervene in the above matter from Steven Banks, First Deputy Commissioner and General Counsel of the City's Office of Labor Relations and from Mr. Paul Linzer, Esq., Counsel to the UFA.

The issues presented in the pleading affect the terms and conditions of the members of the UFOA. The UFOA adopts the UFA's pleadings.

If anything more is needed to effect UFOA's intervention, please do not hesitate to contact me. I await the Board's decision to the UFOA's request to intervene.

Very truly yours,

Harry Greenberg

cc: Steven Banks, First Deputy Commissioner & General Counsel, OLR
Janet Insardi, Assistant General Counsel, OLR
Paul S. Linzer, Esq., Certilman, Balin, Adler, Hyman, LLP
Jennifer A. Bentley, Esq., Certilman, Balin, Adler, Hyman, LLP
James McCarthy, President, UFOA
Andrew Ansbro, President, UFA