# EXHIBIT J

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x
JOHN GARLAND, et al., on behalf of themselves and all
other similarly situated employees of the New
York City Fire Department,

                                                          Plaintiffs,

                   - against -

NEW YORK CITY FIRE DEPARTMENT, DANIEL A.
NIGRO, in his official and individual capacities, JOHN
DOE #1-10, in their official and individual capacities; and
JANE DOE #1-10 in their official and individual capacities,

                                                            Defendants.
---------------------------------------------------------------------- x

No. 21 Civ. 6586 (KAM)(CP)

        **DON NGUYEN** declares, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

        1.     I have been the Assistant Commissioner of Equal Employment Opportunity ("EEO") at the New York City Fire Department ("FDNY") since January 2016. Prior to January 2016, I was the Deputy Director of FDNY EEO beginning in September 2015.

        2.     I submit this declaration in opposition to Plaintiffs' application for a preliminary injunction.

        3.     The sources of the information contained in this Declaration are my own personal knowledge, the books and records of FDNY and from information received by certain officers or agents of FDNY.

        4.     On October 20, 2021 the Commissioner of the New York City Department of Health and Mental Hygiene ("DOHMH"), David A. Chokshi, issued a Commissioner's Order requiring all employees of the New York City Fire Department to show proof of at least one dose of vaccination against COVID-19 by 5:00 p.m. by October 29, 2021 ("COH Order").

5. The COH Order requires that any City employee who has not provided the above-described proof must be excluded from their assigned work location beginning on November 1, 2021.

6. The COH Order specifically provides that "Nothing in this Order shall be construed to prohibit any reasonable accommodation otherwise required by law."

7. The below-listed plaintiffs have reasonable accommodation requests to be exempt from the COH Order pending with FDNY EEO:

1) FF John Garland
2) Lt. Vincent Bottalico
3) FF Joseph Cicero
4) FF Michael Columbia
5) FF Andrew Costello
6) FF James Daly
7) FF Vincent Defonte
8) FF Kenenth Deforest
9) FF Sal DePaola
10) FF Brian Doyle
11) FF Nathan Evans
12) FF Christopher Filocamo
13) FF Kevin Garvey
14) FF Charles Guarnieri
15) FF Daniel OShea
16) EMT Margot Loth
17) FF Michael Lynch
18) FF Brian Smith
19) FF Kurt Pflumm
20) FF Christopher Raimondi
21) FF Paul Schweitt
22) Capt. Joseph Johnson
23) FF David Button
24) FF Paul Parr
25) FF Mark Sinclair
26) FF Daniel Baudille
27) FF John Dreher
28) FF Thomas Olsen
29) FF Giuseppe Penoro
30) FF Matthew Connor
31) FF Nicholas Mulligan
32) FF Anthony Perrone

33) FF Scott Ettinger
34) FF Anthony Mastropietro
35) FF Anthony Ruggiero
36) FF Joseph Murdocca
37) FF Keith Klein
38) FF Paul Vasquenz
39) FF Mark Henesy
40) FF Ryan Hall
41) FF Jude Pierre
42) FF Robert Ditrani
43) FF Brian Denzler
44) FF Michael McGoff
45) LT Timothy Heton
46) FF Joseph Bevilacqua
47) FF Dennis O'Keefe

8. Thus, all plaintiffs but for Plaintiff Taylor have accommodation requests to be exempt from the COH Order currently pending.

9. Any plaintiff who is granted a reasonable accommodation by the FDNY to be exempt from the COH Order will be restored to FDNY payroll and provided with back pay for the period of time they were on Leave Without Pay ("LWOP") status.

10. Any plaintiff who is denied a reasonable accommodation by the FDNY to be exempt from the COH Order will be provided with an opportunity to appeal that determination.

11. Any plaintiff whose reasonable accommodation is denied with a written determination of the request will be provided with written information on the appeals process, including a link to the City's online appeals request portal.

12. Plaintiffs must appeal the denial within three business days by submitting an appeal, and any materials supporting their appeal, via the online review request portal, which will automatically notify FDNY's EEO Office of the appeal. Upon notification of the appeal, FDNY's EEO Office will upload all records concerning the Agency determination of the

reasonable accommodation request within one business day. Supplemental material may be requested to make a determination on appeal.

13. If an appeal results in the grant of an accommodation, the plaintiff will be restored to payroll and paid back pay for the time they were on LWOP status.

14. If a plaintiff's appeal is denied, they must submit proof of the first dose of a vaccination within three business days, and if required, of a second dose within 45 days thereafter. If an employee refuses to be vaccinated within this timeframe after an appeal is denied, they will continue on LWOP.

Dated: November 29, 2021
      Brooklyn, New York

By: _____
                       DON NGUYEN