UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x

JOHN GARLAND, et al., on behalf of themselves and all other similarly situated employees of the New York City Fire Department,

                                    Plaintiffs,

- against -

NEW YORK CITY FIRE DEPARTMENT, DANIEL A. NIGRO, in his official and individual capacities, JOHN DOE #1-10, in their official and individual capacities; and JANE DOE #1-10 in their official and individual capacities,

                                    Defendants.

---------------------------------------------------------------------- x

**SUPPLEMENTAL DECLARATION OF ANDREA O'CONNOR IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR A PRELIMINARY INJUNCTION**

No. 21 Civ 6586 (KAM)(CP)

      **ANDREA O'CONNOR** declares, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

      1.     I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for Defendants New York City Fire Department ("FDNY") and Daniel Nigro (collectively "FDNY Defendants") and as such I am familiar with the facts as set forth herein.

      2.     FDNY Defendants respectfully request that, despite being submitted after the deadline for FDNY Defendants' responsive papers, the Court consider this supplemental declaration and the affidavits annexed hereto in connection plaintiffs' application for a preliminary injunction.

      3.     Attached hereto as Exhibit "K" is the affidavit of Tricia Singh, dated November 30, 2021.

1

4. Also attached hereto as Exhibit "L" is the affidavit of Mario Manna, dated November 30, 2021.

Dated:   New York, New York
         November 30, 2021

                                            **GEORGIA M. PESTANA**
                                            Corporation Counsel of the
                                              City of New York
                                            Attorney for Defendants FDNY and Nigro
                                            100 Church Street, Room 2-104
                                            New York, New York  10007
                                            (212) 356-4015
                                            aoconnor@law.nyc.gov

                                            By:      /s/
                                                  Andrea O'Connor
                                                 Assistant Corporation Counsel