# EXHIBIT K

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

JOHN GARLAND, et al., on behalf of themselves and all
other similarly situated employees of the New
York City Fire Department,

                                           Plaintiffs,           No. 21 Civ 6586 (KAM)(CP)

                     - against -

NEW YORK CITY FIRE DEPARTMENT, DANIEL A.
NIGRO, in his official and individual capacities, JOHN
DOE #1-10, in their official and individual capacities; and
JANE DOE #1-10 in their official and individual capacities,

                                       Defendants.

------------------------------------------------------------------------ x

STATE OF NEW YORK     )
                             ) SS.:
COUNTY OF KINGS      )

**TRICIA SINGH** being duly sworn, deposes and says:

1. I am the Assistant Commissioner of the Bureau of Human Resources at the New York City Fire Department. I submit this affidavit in opposition to Plaintiffs' application for a preliminary injunction. I am familiar with the facts set forth herein based on my personal knowledge as well as discussions with other FDNY employees and the review of FDNY records.

2. In their Complaint, plaintiffs allege that Plaintiffs Bottalico, Filocamo, O'Keefe, Johnson, Baudille, Penoro, Mastropietro, Vasquenz and DiTrani were placed on Leave Without Pay ("LWOP") as of November 1, 2021 but have all since been restored to payroll as of various dates. See Complaint at ¶ 65.

3. Subsequent to their placement on LWOP, Plaintiffs Bottalico, Filocamo, O'Keefe, Johnson, Baudille, Penoro, Mastropietro, Vasquenz and DiTrani each provided proof to FDNY that: (1) they have been fully vaccinated against COVID-19; or (2) they have received a

1

single-dose COVID-19 vaccine, even if two weeks have not passed since they received the

vaccine; or (3) they have received the first dose of a two-dose COVID-19 vaccine.

Dated:        New York, New York
              November 30, 2021

_____
TRICIA SINGH

Sworn to before me this
30th day of November, 2021

_____
NOTARY PUBLIC

