# EXHIBIT L

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x
JOHN GARLAND, et al., on behalf of themselves and all
other similarly situated employees of the New
York City Fire Department,

                                        Plaintiffs,         No. 21 Civ 6586 (KAM)(CP)

- against -

NEW YORK CITY FIRE DEPARTMENT, DANIEL A.
NIGRO, in his official and individual capacities, JOHN
DOE #1-10, in their official and individual capacities; and
JANE DOE #1-10 in their official and individual capacities,

                                        Defendants.
------------------------------------------------------------------------ x
STATE OF NEW YORK  )
                            ) SS.:
COUNTY OF KINGS    )

**MARIO MANNA** being duly sworn, deposes and says:

        1. I am the Director of Payroll and Timekeeping at the New York City Fire Department. I submit this affidavit in opposition to Plaintiffs' application for a preliminary injunction. I am familiar with the facts set forth herein based on my personal knowledge as well as discussions with other FDNY employees and the review of FDNY records.

        2. In their Complaint, plaintiffs allege that Plaintiffs Bottalico, Filocamo, O'Keefe, Johnson, Baudille, Penoro, Mastropietro, Vasquenz and DiTrani were placed on Leave Without Pay ("LWOP") as of November 1, 2021 but have all since been restored to payroll as of various dates. See Complaint at ¶ 65.

        3. A review of FDNY records confirms that Plaintiffs Bottalico, Filocamo, O'Keefe, Johnson, Baudille, Penoro, Mastropietro, Vasquenz and DiTrani were placed on Leave Without Pay as of November 1, 2021.

4. These plaintiffs were subsequently restored to active duty status and returned to payroll on the following dates:

    a. Vincent A. Bottalico; currently active, returned to payroll on November 12, 2021;

    b. Christopher Filocamo; currently active; returned to payroll on November 8, 2021;

    c. Dennis O'Keefe; currently active; returned to payroll on November 16, 2021;

    d. Joseph Johnson; currently active; returned to payroll on November 9, 2021;

    e. Daniel Baudille; currently active; returned to payroll on November 13, 2021;

    f. Guiseppe Robert Penoro; currently active; returned to payroll on November 16, 2021;

    g. Anthony Mastropietro; currently active; returned to payroll on November 15, 2021;

    h. Paul Vasquenz; currently active; returned to payroll on November 17, 2021; and

    i. Robert DiTrani; currently active; returned to payroll on November 18, 2021.

Dated:    New York, New York
           November 30, 2021

MARIO MANNA

Sworn to before me this
30th day of November, 2021

NOTARY PUBLIC



2