# EXHIBIT A

# Fax Confirmation Image

Page 1

```
Date/Time            : FEB-01-2022 01:43PM TUE
Model Name           : M288x Series
Machine Serial Number: 075TBJCG3000JTH
Host Name            : SEC30CDA79D1527
```

| No  | Name/Number   | StartTime      | Time    | Mode | Page    | Result |
|-----|---------------|----------------|---------|------|---------|--------|
| 654 | 12128151870   | 02-01 13:40PM  | 03'07"  | G3   | 004/004 | OK     |

**FAXED:**
Date  2/1/22
Time  12:43p

## THE SCHER LAW FIRM, LLP

ONE OLD COUNTRY ROAD, SUITE 385
CARLE PLACE, NY 11514

MARTIN H. SCHER*
JONATHAN L. SCHER*°

AUSTIN R. GRAFF*

* Also Admitted in District of Columbia
° Also Admitted in New Jersey

TEL: 516-746-5040

FAX: 516-746-5043

W. SCOTT KERSHAW
COUNSEL

MICHAEL SCHILLINGER
COUNSEL

ROLAND P. BRINT
COUNSEL

ADAM GANG
COUNSEL

ROBERT S. NAYBERG
(1959-2012)

### TELEFAX TRANSMISSION

**PLEASE DELIVER THE FOLLOWING PAGES TO:**

**TO:** District Council 37, AFSCME AFL-CIO

**FROM:** ARG

**DATE:** February 1, 2022

**REGARDING:** Garland, et al. v. New York City Fire Department, et al. E.D.N.Y. Docket Number 21-cv-6586

**SENT TO TELEFAX NUMBER:** 212-815-1870

**TOTAL NUMBER OF PAGES (INCLUDING THIS SHEET):** 4 (cover + 3 pages)

**TRANSMITTED BY:** KS

**SPECIAL INSTRUCTIONS/MESSAGE:**

THIS COMMUNICATION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THE INFORMATION CONTAINED IN THIS COMMUNICATION IS UNAUTHORIZED AND MAY BE ILLEGAL.
IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE (1) NOTIFY THE ABOVE BY TELEPHONE, AND (2) DESTROY AND DISCARD THIS COMMUNICATION AND ANY COPIES OF IT. THANK YOU

# THE SCHER LAW FIRM, LLP

ONE OLD COUNTRY ROAD, SUITE 385
CARLE PLACE, NY 11514

MARTIN H. SCHER*
JONATHAN L. SCHER*'

AUSTIN R. GRAFF*

\* Also Admitted in District of Columbia
' Also Admitted in New Jersey

TEL: 516-746-5040

FAX: 516-746-5043

W. SCOTT KERSHAW
COUNSEL

MICHAEL SCHILLINGER
COUNSEL

ROLAND P. BRINT
COUNSEL

ADAM GANG
COUNSEL

ROBERT S. NAYBERG
(1959-2012)

## TELEFAX TRANSMISSION

**PLEASE DELIVER THE FOLLOWING PAGES TO:**

**TO:** District Council 37, AFSCME AFL-CIO

**FROM:** ARG

**DATE:** February 1, 2022

**REGARDING:** Garland, *et al.* v. New York City Fire Department, *et al.*
E.D.N.Y. Docket Number 21-cv-6586

**SENT TO TELEFAX NUMBER:** 212-815-1870

**TOTAL NUMBER OF PAGES
(INCLUDING THIS SHEET):** 4 (cover + 3 pages)
**TRANSMITTED BY:** KS

**SPECIAL INSTRUCTIONS/MESSAGE:**

THIS COMMUNICATION IS INTENDED ONLY FOR THE USE OF THE ADDRESSEE AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, DISSEMINATION, DISTRIBUTION OR COPYING OF THE INFORMATION CONTAINED IN THIS COMMUNICATION IS UNAUTHORIZED AND MAY BE ILLEGAL.
IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE (1) NOTIFY THE ABOVE BY TELEPHONE, AND (2) DESTROY AND DISCARD THIS COMMUNICATION AND ANY COPIES OF IT. THANK YOU

# THE SCHER LAW FIRM, LLP

ONE OLD COUNTRY ROAD, SUITE 385
CARLE PLACE, NY 11514

MARTIN H. SCHER*
JONATHAN L. SCHER*'

AUSTIN R. GRAFF*

* Also Admitted in District of Columbia
' Also Admitted in New Jersey

TEL: 516-746-5040

FAX: 516-746-5043

W. SCOTT KERSHAW
COUNSEL

MICHAEL SCHILLINGER
COUNSEL

ROLAND P. BRINT
COUNSEL

ADAM GANG
COUNSEL

ROBERT S. NAYBERG
(1959-2012)

February 1, 2022

**BY TELEFAX TO: 212-815-1870**
**BY EMAIL: hgarrido@dc37.net; and**
**acarmona@dc37.net**
District Council 37, AFSCME AFL-CIO
125 Barclay Street
New York, New York 10007

      Re:    Garland, *et al.* v. New York City Fire Department, *et al.*
               E.D.N.Y. Docket Number 21-cv-6586

To Whom it May Concern:

      This law firm represents the Plaintiffs in the above-referenced Action.

      The Union is named as a defendant in this Action. We have sent the Summons and Amended Complaint to this law firm's process server, but the Union may not have been served with the Summons and Amended Complaint as of the date of this writing.

      However, today, the Court in this Action issued the attached Order setting forth a schedule of dates relating to responses to pre-motion conference letters. Attached is a copy of the Court's Order.

      Be guided accordingly.

Very truly yours,

THE SCHER LAW FIRM, LLP

Austin Graff

ARG:ms

| | |
|---|---|
| From: | Austin Graff |
| To: | Ruth Nassir; Shannon Ring |
| Subject: | FW: Activity in Case 1:21-cv-06586-KAM-CLP Garland et al v. New York City Fire Department et al Order on Motion for Pre Motion Conference |
| Date: | Tuesday, February 1, 2022 11:15:43 AM |

Austin Graff, Esq.
The Scher Law Firm, LLP
One Old Country Road, Suite 385
Carle Place, New York 11514
T: (516) 746-5040
F: (516) 747-9100
www.scherlawfirm.com

\* \* \* \* \* \* \* \* \*

This e-mail and any attachments may contain confidential and privileged information for use by the designated recipient(s) named above. If you are not the intended recipient of this message from The Scher Law Firm, LLP, then you are hereby notified that any review, dissemination, distribution or copying of this message is unauthorized and may be illegal. If you have received this communication in error, please notify the sender identified above by email and/or The Scher Law Firm, LLP, by telephone, at (516) 746-5040. Please also delete this e-mail and destroy any copies of it. Thank you.

**From:** ecf_bounces@nyed.uscourts.gov <ecf_bounces@nyed.uscourts.gov>
**Sent:** Tuesday, February 1, 2022 11:04 AM
**To:** nobody@nyed.uscourts.gov
**Subject:** Activity in Case 1:21-cv-06586-KAM-CLP Garland et al v. New York City Fire Department et al Order on Motion for Pre Motion Conference

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**Eastern District of New York**

**Notice of Electronic Filing**

The following transaction was entered on 2/1/2022 at 11:03 AM EST and filed on 2/1/2022

**Case Name:** Garland et al v. New York City Fire Department et al
**Case Number:** 1:21-cv-06586-KAM-CLP
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER granting [37] Motion for Pre Motion Conference by Defendants City of New York, New York City Fire Department, and Daniel A Nigro. The Court will reserve scheduling a date for a pre-motion conference until the following actions are taken: (1) Plaintiffs are ordered to serve all other, newly-named Defendants with a copy of this Order by today, February 1, 2022, 5:00 pm, close of business, and note service on the docket; (2) all other, newly-named Defendants are requested to file appearances on the record immediately after receiving a copy of this Order; and, (3) all other, newly-named Defendants shall file a response to Defendants City of New York, New York City Fire Department, and Daniel Nigro's [37] letter requesting a pre-motion conference by February 11, 2022. Plaintiffs shall then file a single, consolidated response to all Defendants' letters regarding a pre-motion conference by February 18, 2022. Ordered by Judge Kiyo A. Matsumoto on 2/1/2022. (Ahn, Lois)**

**1:21-cv-06586-KAM-CLP Notice has been electronically mailed to:**

Jonathan L. Scher    jscher@scherlawfirm.com

Austin R. Graff    agraff@scherlawfirm.com

Andrea Mary O'Connor    aoconnor@law.nyc.gov

**1:21-cv-06586-KAM-CLP Notice will not be electronically mailed to:**