UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
John GARLAND, et al.,

                Plaintiff,                JUDGMENT
    v.                                        21-cv-6586(KAM)(CLP)

CITY OF NEW YORK, et al.,

                Defendants.
----------------------------------------------------------------X

A Memorandum and Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on March 29, 2023, granting City Defendants' Motion to Dismiss and DC37 Defendants' Motion to Dismiss in their entirety; and denying leave to amend; it is

       ORDERED and ADJUDGED that City Defendants' Motion to Dismiss and DC37 Defendants' Motion to Dismiss are granted in their entirety; and that leave to amend is denied.

Dated: Brooklyn, New York                              Brenna B. Mahoney
       March 31, 2023                                  Clerk of Court

                                                             By:    */s/Jalitza Poveda*
                                                                     Deputy Clerk