

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

**JOSHUA FELDMAN**
ASSOCIATE
DIRECT DIAL 516.296.7081
jfeldman@certilmanbalin.com

May 18, 2023

**_VIA ECF_**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District New York
225 Cadman Plaza East, Room S905
Brooklyn, New York 11201

      Re:    **_Garland et al v. New York City Fire Department et al._**
            **_Docket No. 21-cv-6586 (KAM)(CP)_**

Dear Judge Matsumoto:

      This office represents the Uniformed Firefighters Association of Greater New York ("UFA"), a former Defendant in the above-captioned matter. I write to call the Court's attention to an apparent error contained in its March 29, 2023 Memorandum and Order (ECF No. 87) (the "March 29, 2023 Order"). Specifically, in the March 29, 2023 Order, the Court noted that "Plaintiffs stipulated to dismissals _without_ prejudice of their claims against" the UFA. _See_ March 29, 2023 Order, ECF No. 87, at p. 4 FN 4 (italics added). Per the stipulation between Plaintiffs and the UFA so-ordered by the Court on March 16, 2022 (ECF No. 64) (the "Stipulation"), Plaintiff actually discontinued the instant action against the UFA _with_ prejudice. _See_ Stipulation, ECF No. 64.

      The UFA respectfully requests that the Court exercise its power pursuant to, _inter alia_, FRCP 60(a) to amend its March 29, 2023 Order to reflect that Plaintiffs discontinued their action against the UFA with prejudice.

      The UFA thanks the Court for its time and consideration of this matter.

                    Respectfully submitted,

                    /s/ Joshua Feldman
cc:    All Counsel of Record (via ECF)      Joshua Feldman